Argued and submitted November 30, 1988, reversed and remanded for a new trial March 22, reconsideration denied May 12, petition for review allowed June 27, 1989
(308 Or 158)

STATE OF OREGON,
*Respondent,*

*v.*

BILL HENRY GOHRING,
*Appellant.*

(C2860A; CA A48278 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

JANET ARLENE GOHRING,
*Appellant.*

(C2860A, B; CA A48333)
(Cases Consolidated)

770 P2d 614

Dave E. Groom, Salem, argued the cause for appellants. On the brief were Gary D. Babcock, Public Defender, and Lawrence J. Hall, Deputy Public Defender, Salem.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

Rossman, J., dissenting.

**ROSSMAN, J.,** dissenting.

For the reasons I expressed in my dissent in *State v. Ainsworth,* 95 Or App 240, 247, 770 P2d 58 (1989), I dissent.